# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 49

In the Matter of the Adoption of R.E.M., a minor child

B.M.,                                                    Petitioner and Appellant

   v.

A.A.M., birth mother; J.S.M., birth father;
and R.E.M., minor child,                                 Respondents

## No. 20230321

Appeal from the District Court of Cass County, East Central Judicial District,
the Honorable Tristan J. Van de Streek, Judge.

AFFIRMED.

Per Curiam.

Rachel M. Hanson, Fargo, ND, for petitioner and appellant; submitted on brief.

**Adoption of R.E.M.**
**No. 20230321**

**Per Curiam.**

[¶1]   B.G.M. appeals a district court order denying his petition to adopt R.E.M. B.G.M. argues the court clearly erred in finding J.S.M., the child's biological father, did not abandon the child. B.G.M. also argues the court erred in finding J.S.M.'s consent to the adoption was required for it to proceed under N.D.C.C. § 14-15-06(1)(a), (b), or (j). Based on our review of the record, we conclude the court's findings are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte
      Douglas A. Bahr